UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. MUNDINGER TRUST 10/13/99, ET AL., | ) ) ) | CASE NO.04:08MC0018 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) ) ) | |
| THE LAMSON & SESSIONS CO., ET AL., | ) ) ) | ORDER |
| Defendant. | ) | |

CHRISTOPHER A. BOYKO, J:

This matter is before the Court on Petitioners' Joint Motion to Withdraw the Reference. Based on the Bankruptcy Court's January 4, 2008 Order finding Petitioners are entitled to a jury trial on their claims the Court finds withdrawal of the reference is appropriate. However, the Court declines to withdraw the reference at this time to permit the Bankruptcy Court to rule on the motions pending before it and to complete all pre-trial proceedings. This Court will then entertain a motion for withdrawal once the Adversary Proceeding is ready for trial.

IT IS SO ORDERED.

_____
CHRISTOPHER A. BOYKO
United States District Judge

FILED
APR 30 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND